UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 01982
   BARRY E GAINES
   LUMINADA S GAINES                      CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-5112    SSN XXX-XX-8620
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/20/04 and confirmed on 06/25/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 50400.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 1492.83 | .00 | 1492.83 |
| DAIMLER CHRYSLER FINANCI | SECURED | 12000.00 | 908.95 | 12000.00 |
| GMAC MORTGAGE CORP | SECURED | .00 | .00 | .00 |
| GREAT LAKES CREDIT UNION | SECURED | 3535.98 | 344.83 | 3535.98 |
| MONTEREY FINANCIAL SVCS | SECURED | 472.00 | 29.76 | 472.00 |
| B FIRST LLC | UNSECURED | 5072.56 | .00 | 1196.90 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| B FIRST LLC | UNSECURED | 6496.64 | .00 | 1532.92 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 537.91 | .00 | 126.92 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8597.24 | .00 | 2028.57 |
| CITGO CITI | UNSECURED | NOT FILED | .00 | .00 |
| B FIRST LLC | UNSECURED | 8753.34 | .00 | 2065.40 |
| B FIRST LLC | UNSECURED | 4998.43 | .00 | 1179.41 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST DIGITAL PHONE SV | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7997.30 | .00 | 1887.01 |
| DISCOVER BANK | UNSECURED | 5344.46 | .00 | 1261.06 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMERGE | UNSECURED | 5940.78 | .00 | 1401.76 |
| EXXON MBGA CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| FUSA NA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| NEXCOM | UNSECURED | 4223.38 | .00 | 996.53 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |

```
NORTH SHORE SANITARY DIS  UNSECURED          NOT FILED          .00            .00
PEOPLES GAS               UNSECURED - C        556.15           .00          40.24
CONOCO PHILLIPS           UNSECURED          NOT FILED          .00            .00
PRIME ACCEPTANCE CORP     UNSECURED           1673.65           .00         394.91
RETAILERS NATL BANK       UNSECURED          NOT FILED          .00            .00
RETAILERS NATL BANK       UNSECURED          NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED           5159.82           .00        1217.49
SBC AMERITECH             UNSECURED          NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED           1012.92           .00         239.00
FIRST EXPRESS             UNSECURED            759.25           .00         179.15
CITIBANK NA               UNSECURED          NOT FILED          .00            .00
US BANK                   UNSECURED           9056.55           .00        2136.95
WELLS FARGO CARD SERVICE  UNSECURED           9124.14           .00        2152.90
GMAC MORTGAGE CORP        MORTGAGE ARRE        888.82           .00         888.82
DAIMLER CHRYSLER FINANCI  UNSECURED           6186.13           .00        1459.66
MONTEREY FINANCIAL SVCS   UNSECURED            128.76           .00          30.38
US BANK                   UNSECURED          16108.37           .00        3800.87
GMAC MORTGAGE CORP        COST OF COLLE        600.00           .00         600.00
    Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  18389.63     600.00    107171.63      556.15    126717.41
PRINCIPAL PAID      18389.63     600.00     25287.79       40.24     44317.66
INTEREST PAID        1283.54        .00          .00         .00      1283.54
TOTAL PAID          19673.17     600.00     25287.79       40.24     45601.20
```

The Debtor's attorney, DAVID M SIEGEL                , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   2098.80 .

Refunds to the Debtor totaled $       .00 .



Dated: 11/15/07                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                              PAGE   3
   CASE NO. 04 B 01982 BARRY E GAINES & LUMINADA S GAINES
```